EDWARD KELLY, RESPONDENT, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, APPELLANT.

Argued February 7, 1936—Decided May 14, 1936.

For the respondent, *Quinn, Parsons & Doremus.*

For the appellant, *William F. Hanlon.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—The Chancellor, Lloyd, Case, Donges, Heher, Perskie, Hetfield, Dear, Wells, WolfsKeil, Rafferty, JJ. 11.

*For reversal*—None.